1   MELINDA HAAG (CABN 132612)
United States Attorney

2

3   ALEX G. TSE (CABN 152348)
Chief, Civil Division

4   ANN MARIE REDING (CABN 226864)
Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6813
7       FAX: (415) 436-6748
        annie.reding@usdoj.gov

8
Attorneys for Defendant
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    PEOPLE WITH DISABILITIES, INC.,        )   CASE NO. 3:15-CV-02570-HSG
14                                          )
            Plaintiff,                      )   STIPULATION AND ORDER CONTINUING
15                                          )   DEADLINE FOR RESPONSIVE PLEADING AND
        v.                                  )   INITIAL CASE MANAGEMENT CONFERENCE
16                                          )
    CAROLYN COLVIN, Acting Commissioner of )
17  Social Security,                        )
                                            )
18          Defendant.                      )

19

20       People with Disabilities, Inc. ("Plaintiff") and Defendant Carolyn Colvin, Acting Commissioner

21  of Social Security ("Defendant"), by and through their respective counsel, make the following

22  representations and stipulate and agree as follows:

23       1.      On June 9, 2015, Plaintiff filed its Complaint in this action. *See* Dkt. No. 1.

24       2.      On June 29, 2015, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by

25  certified mail. *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 2.

26       3.      On July 15, 2015, this case was set for an initial case management conference before

27  Judge Haywood S. Gilliam for September 29, 2015, at 2:00 p.m., with a case management conference

28  STIPULATION AND PROPOSED ORDER
    Case No. 3:15-cv-02570-HSG

1  statement due to be filed on September 22, 2015. *See* Dkt. No. 14.

2        4.      On August 10, 2015, Defendant requested a 30-day extension of time to respond to

3  Plaintiff's Complaint, to which Plaintiff agreed.  Reding Decl. ¶ 3.

4        5.      In light of Defendant's request, the parties stipulate and agree that Defendant's response

5  to Plaintiff's Complaint will be due on September 28, 2015. *Id.* at ¶ 4.

6        6.      The parties further request that the initial case management conference be continued from

7  September 29, 2015 to November 10, 2015 at 2:00 p.m.  This continuance will allow enough time for a

8  hearing on Defendant's motion to dismiss prior to the initial case management conference, should Defendant

9  decide to file a motion in response to Plaintiff's Complaint.  *Id.* at ¶ 5.

10        7.      No prior extensions of time have been requested or granted. *See id*. at ¶ 6.

11        8.      The only effect the requested time modification will have on this case is to delay the initial

12  case management conference for six weeks.  *Id.*

13

14  DATED: August 10, 2015              Respectfully submitted,

15                                       ____/s/ Steven F. Bruce_____

16                                     STEVEN F. BRUCE
                                   Attorney for Plaintiff

17                                     People with Disabilities Foundation, Inc.

18  DATED: August 10, 2015              Respectfully submitted,

19                                       MELINDA HAAG

20                                     United States Attorney

21                             ___/s/ Ann Marie Reding[1]_____

22                                     ANN MARIE REDING
                                   Assistant United States Attorney

23                                     Attorneys for Defendant

24

25

26

27        [1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

28  STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 3:15-cv-02570-HSG

1

**ORDER**

2

   Plaintiff and Defendant's Stipulation and Proposed Order Continuing Deadline for Defendant's

3

Responsive Pleading and Initial Case Management Conference is hereby **GRANTED**. Defendant shall

4

file her responsive pleading to Plaintiff's Complaint or before September 28, 2015.  The initial case

5

management scheduled for September 29, 2015, has been continued to November 10, 2015 at 2:00 p.m.

6

7

Date: August 12, 2015

8

                                                    HAYWOOD S. GILLIAM, JR.
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 3:15-cv-02570-HSG