STEVEN BRUCE, SBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Phone: (415) 931-3070
Fax: (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE WITH DISABILITIES, INC.<br><br>       Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | CASE NO.:<br><br>3:15-CV-02570 HSG<br><br><br>STIPULATION BETWEEN THE PARTIES AND ORDER GRANTING LEAVE TO PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND RESPONSIVE PLEADING DATE UNTIL NO LATER THAN OCTOBER 23, 2015 |

## **PRELIMINARY STATEMENT**

People with Disabilities, Inc. ("Plaintiff") and Defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), by and through their respective counsel, submit the following Stipulation, and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1. There has been one previous continuance in this action at the request of the Defendant Social Security Administration. *See* Doc. No 15,16

1

2. Plaintiff is filing a First Amended Complaint to which Defendant's counsel does not disagree so long as the responsive pleading is not due until October 23, 2015.

3. The parties stipulate and agree that Defendant's response to Plaintiff's First Amended Complaint will be due on October 23, 2015.

4. The parties further request that the initial case management conference be continued from November 10, 2015 to December 15, 2015 at 2:00 p.m.  This Continuance will allow more time for a hearing on Defendant's responsive pleading prior to the initial case management conference, should Defendant decide to file a motion in response to Plaintiff's First Amended Complaint.

5. **WHEREFORE**, the parties hereby stipulate and request that the Court grant plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

DATED:  September 21, 2015			Respectfully submitted,


_____/s/_____
STEVEN F. BRUCE
Attorney for Plaintiff
People with Disabilities Foundation, Inc.


DATED:  September 21, 2015			Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s_/_____

ANN MARIE REDING
Assistant United States Attorney

2

Attorneys for Defendant

**ORDER**

Plaintiff and Defendant's Stipulation and Proposed Order granting leave to Plaintiff to file First Amended Complaint and to Extend Responsive Pleading Date Until October 23, 2015 is hereby GRANTED.  Defendant shall file her responsive pleading to Plaintiff's First Amended Complaint on or before October 23, 2015.  The case management scheduled for November 10, 2015 has been continued to December 15, 2015 at 2:00 p.m.

DATE:  September 22, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge