1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-3618
7       FAX: (415) 436-6748
        annie.reding@usdoj.gov
8
   Attorneys for Defendant
9

10
                         UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN FRANCISCO DIVISION
13

14 | PEOPLE WITH DISABILITIES, INC.,          ) CASE NO. 3:15-CV-02570-HSG
                                              )
15 |        Plaintiff,                        ) STIPULATION AND ORDER CONTINUING
                                              ) DEADLINE FOR RESPONSIVE PLEADING AND
16 |   v.                                     ) PROPOSED BRIEFING SCHEDULE
                                              )
17 | CAROLYN COLVIN, Acting Commissioner of )
   | Social Security,                         )
18 |                                          )
   |        Defendant.                        )
19

20
           People with Disabilities, Inc. ("Plaintiff") and Defendant Carolyn Colvin, Acting Commissioner
21
   of Social Security ("Defendant"), by and through their respective counsel, make the following
22
   representations and stipulate and agree as follows:
23
           1.      On June 22, 2016, Plaintiff filed its Second Amended Complaint in this action. *See* Dkt.
24
   No. 30.
25
           2.      On the same date, counsel for Defendant requested a thirty-seven-day extension of time,
26
   up to and including August 12, 2016, to respond to the Second Amended Complaint. Plaintiff has
27

28 STIPULATION AND ~~PROPOSED~~ ORDER
   Case No. 3:15-cv-02570-HSG

agreed to this request and Plaintiff's counsel has also indicated that he will be unavailable from August 14, 2016 to August 29, 2016.

3. Based on the foregoing, the parties agree that should Defendant file a motion to dismiss Plaintiff's Second Amended Complaint, Plaintiff will have thirty-seven days to file an opposition, up to and including September 19, 2016.  The parties further agree that Defendant will have fourteen days to file her reply, up to and including October 3, 2016.  Defendant will notice her motion for an appropriate hearing date based on this proposed briefing schedule.

4. The Court has allowed two prior extensions of time related to Defendant's response to Plaintiff's original Complaint and the parties briefing schedule related to Defendant's motion to dismiss Plaintiff's First Amended Complaint. *See* Dkt. Nos. 15, 21.

5. There are no dates set in this case.  Accordingly, the requested time modification will have not affect any date set by the Court.

DATED: June 24, 2016                               Respectfully submitted,

                                                                    ____/s/ Steven F. Bruce _____
                                                                    STEVEN F. BRUCE
                                                                    Attorney for Plaintiff
                                                                    People with Disabilities Foundation, Inc.

DATED: June 24, 2016                               Respectfully submitted,

                                                                    BRIAN J. STRETCH
                                                                    United States Attorney

                                                                    ___/s/ Ann Marie Reding[1]_____
                                                                    ANN MARIE REDING
                                                                    Assistant United States Attorney
                                                                    Attorneys for Defendant

### ORDER

Plaintiff and Defendant's Stipulation and Proposed Order Continuing Deadline for Defendant's

---

[1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 3:15-cv-02570-HSG

1  Responsive Pleading and Proposed Briefing Schedule is hereby **GRANTED**. Defendant shall file her
2  responsive pleading to Plaintiff's Amended Complaint on or before August 12, 2016.  Plaintiff will file
3  its opposition by September 19, 2016, and Defendant shall file her reply by October 3, 2016.   Defendant
4  will notice her motion for an appropriate hearing date, at least two weeks from the date the reply brief
5  will be filed.

6  
7  Date: June 24, 2016                                         _____
                                                                              HAYWOOD S. GILLIAM, JR.
8                                                                             United States District Judge

28  STIPULATION AND ~~PROPOSED~~ ORDER
    Case No. 3:15-cv-02570-HSG