STEVEN BRUCE, SBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Phone:415) 931-3070
Fax: (415) 931-2828
steveb@pwdf.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE WITH DISABILITIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAROLYN COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 3:15-cv-02570-HSG <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the date for oral argument on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint be continued until Thursday, January 5, 2017 at 2:00 p.m.

   Plaintiff respectfully requests this extension of time due to an urgent medical situation that requires Plaintiff's counsel to be out of state on the original scheduled hearing date of November 3, 2016.

DATED: October 26, 2016          Respectfully submitted,


                                 /s/  Steven Bruce_____
                                 Steven Bruce
                                 Attorney for Plaintiff

STIP AND ~~PROPOSED~~ ORDER RE HEARING DATE
Case No. 3:15-cv-02570 HSG

DATED: October 26, 2016					Respectfully submitted,

							BRIAN J. STRETCH
							United States Attorney

							   /s/ Ann Marie Reding
							ANN MARIE REDING
							Assistant United States Attorney
							Attorneys for Defendant

### ORDER

APPROVED AND SO ORDERED:

Dated: <u>October 28, 2016</u>

							_____
							THE HONORABLE HAYWOOD S. GILLIAM, JR
							United States District Judge

STIP AND ~~PROPOSED~~ ORDER RE HEARING DATE
Case No. 3:15-cv-02570 HSG